# **Exhibit 2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYRRIA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION,<br><br>Defendant. | Case No. 17-CV-6071<br><br>Judge Robert W. Gettleman |

## <u>DECLARATION OF SETTLEMENT ADMINISTRATOR</u>

I, Jeffrey J. Mitchell, pursuant to 28 U.S.C. § 1746, state as follows:

1.      I am over the age of twenty-one.  I am competent to give this declaration.  This declaration is true and correct to the best of my knowledge, information and belief.

2.      I am currently a Project Manager for Analytics Consulting, LLC (hereinafter "Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. Analytics provides consulting services to the design and administration of class action and mass tort litigation settlements and notice programs. The settlements Analytics has managed over the past twenty-five years range in size from fewer than 100 class members to more than 40 million, including some of the largest and most complex notice and claims administration programs in history.

3.      Analytics' clients include corporations, law firms (both plaintiff and defense), the Department of Justice, the Securities and Exchange Commission, and the Federal Trade

Commission, which since 1998 has retained Analytics to administer and provide expert advice regarding notice and claims processing in their settlements/distribution funds.

4.　　In my capacity as Project Manager, I am assigned matters relating to the Settlement Administration for the above-captioned litigation.

5.　　Analytics has been engaged in this matter to provide settlement administration services, including the mailing of the Court-approved class notice and, upon final approval, the distribution of settlement benefits.

6.　　Analytics received a Settlement Class data file on August 7, 2018, containing 484 records for Settlement Class and Collective Members. The data included names, addresses, social security numbers, and employment history details, including work state and workweeks.

7.　　Analytics standardized the addresses and updated using the National Change of Address database prior to mailing, to ensure that the most recent mailing address was used.

8.　　Analytics identified 150 records as duplicate, based on identical names and social security numbers. Duplicate records and their workweeks were consolidated.

9.　　The resulting list from the data received on August 7, 2018, contained 334 unique records. Of these, 171 records belonged to Illinois employees.

10.　　On August 17, 2018, Analytics mailed by first class mail the approved Notice Regarding Proposed Settlement of Class Action, Opt Out Form, and Change of Name and/or Address Form to the last known addresses of the 171 Illinois employees. A template of the Notice, Opt Out Form, and Change of Name and/or Address Form sent to Class Members is attached as **Exhibit A.**

11.　　As a result of the August 17, 2018, mailing, 20 Notices were returned to Analytics as undeliverable by the Post Office. Analytics ran skip traces for Settlement Class Members

2

whose Notices were returned as undeliverable in a further attempt to locate these individuals. Analytics located 16 updated addresses and they were re-mailed promptly. Additionally, three Notices were forwarded.

12.     After the August 17, 2018 mailing, an individual, Scott Pitts, who was not included in the data file, contacted Analytics to request inclusion. He also provided documentation indicating he is an employee with AmerisourceBergan. His request and documentation were forwarded to the parties for review.

13.     On September 24, 2018, defendants confirmed Scott Pitts is an Illinois employee who was inadvertently left off the class data list. Defendants also confirmed 7 collective members were also left off the list. Defendants provided Analytics data for these 8 employees.

14.     On October 2, 2018, Analytics mailed Scott Pitts the approved Notice Regarding Proposed Settlement of Class Action with Opt Out Form.

15.     A Toll-Free Number of 877-214-6701 and case email account, ABDCsettlement@noticeadministrator.com, were established for the case to provide assistance and information to class members.

16.     The deadline to Opt Out of the Settlement was October 16, 2018. The Settlement allows a 60-day exclusion period to individuals whose Notices were re-mailed following an undeliverable initial attempt. The latest such re-mail occurred on October 10, 2018, to four people. Accordingly, the latest date these individuals may request exclusion is December 9, 2018.

17.     To date, Analytics has received one timely, valid Opt Out Form. A copy of this Opt Out Form is attached as **Exhibit B.**

18.　　To date, the total number of Illinois employees currently remaining in the Class is 171.

19.　　The deadline to object to the Settlement was October 16, 2018. Analytics did not receive any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 1, 2018　　　　　　　　　　　　　　　　　　Jeffrey J. Mitchell

4

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABC1234567890

JOHN Q CLASSMEMBER
123 MAIN ST
APT 1
ANYTOWN, ST 12345

Claim Number: 1111111

SYRRIA WILLIAMS, individually and on behalf of all
others similarly situated,

        Plaintiff,

  v.

AMERISOURCEBERGEN DRUG
CORPORATION,

        Defendant.

Case No. 17-CV-6071

Judge Robert W. Gettleman

## OFFICIAL COURT NOTICE REGARDING
## PROPOSED SETTLEMENT OF CLASS ACTION

**If you were an employee of AmerisourceBergen Drug Corporation
in the state of Illinois with a Customer CARE Specialist or
Customer CARE Representative position title at any time from
November 1, 2014 through March 15, 2018, you are entitled to
a payment from a class action lawsuit settlement.**

**Read this Notice carefully, as the proposed settlement will affect your rights.
To receive proceeds from the settlement, <u>you do not have to do anything
in response to this Notice</u>, as explained in further detail below.**

**A federal court authorized this Notice.
This is not a solicitation from a lawyer.**

- This Notice is directed to any individual who was employed by AmerisourceBergen Drug Corporation ("ABDC") in the state of Illinois in a non-exempt, hourly position with a title of Customer CARE Specialist I, Customer CARE Specialist II, Customer CARE Representative I, Customer CARE Representative II, and Lead Customer CARE Representative (collectively referred to as "Customer CARE Employees") anytime from November 1, 2014 through March 15, 2018.

- The individual Plaintiff identified in the caption (the "Named Plaintiff") is a former Customer CARE Employee who sued ABDC by filing a Complaint on August 21, 2017 alleging that ABDC failed to pay its Customer CARE Employees

all earned regular and overtime pay for all time worked by those Employees, including work arising during pre-shift, post-shift, on-call, and meal and/or rest period or break time (the "Complaint").

- The Named Plaintiff filed the Complaint as a collective and class action under the Federal Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL"), and the Illinois Wage Payment and Collection Act ("IWPCA").

- Though ABDC denies the allegations in the Complaint, the Parties have agreed to settle this dispute for the purpose of avoiding further disputes and litigation with its attendant risk, expense, and inconvenience. The Court has not made any ruling on the merits of the claims and no Party has prevailed in the lawsuit. However, the Court has reviewed and preliminarily approved this settlement and this Notice.

- The settlement monies are being used to pay current and former Customer CARE Employees and to pay attorneys' fees, litigation costs, a service payment to the Named Plaintiff, and the costs of administering the settlement. ABDC will not take an adverse action against any employee covered by the settlement whether or not she or he accepts a settlement payment.

- Under the allocation formula created by the settlement, you are being offered a settlement payment of $_____, which you will receive in the mail if the Court grants final approval of the settlement and you do not submit an Election to Opt Out of Settlement and Class Action Form (described in Section 8 below). This amount is based on the number of weeks you worked for ABDC as a Customer CARE employee during the period of November 1, 2014 through March 15, 2018.

- Your decisions have legal consequences for you. You have a choice to make:

| YOUR LEGAL RIGHTS AND OPTIONS IN RESPONSE TO THIS NOTICE: | |
|---|---|
| **IF YOU DO NOTHING** | By **NOT** submitting an Election to Opt Out of Settlement and Class Action Form, you will be bound by the release of Illinois state law claims described in this Notice and you will receive in the mail a settlement check in the amount of [$_____] representing your share of the settlement fund. If you choose to cash or deposit that check, you will further be bound by the release of federal and other state law claims described in this Notice. |
| **IF YOU SUBMIT AN OPT OUT FORM** | If you timely submit an Election to Opt Out of Settlement and Class Action Form, you will receive nothing under the settlement, but you will not be bound by the release of any of the claims described in this Notice. |

- These rights and options are explained more fully below.

## BASIC INFORMATION

### 1. Why did I receive this Notice?

ABDC's records state that you were employed by ABDC in Illinois as a Customer CARE Employee at some point from November 1, 2014 through March 15, 2018, meaning that you are a member of the proposed "Settlement Class."

You are receiving this Notice because, as a proposed Settlement Class Member, you have a right to know about the settlement of a class action lawsuit that affects your rights. This Notice explains the lawsuit, the settlement and your rights and options.

The Court supervising this case is the United States District Court for the Northern District of Illinois located in Chicago, Illinois. The lawsuit is known as *Williams v. AmerisourceBergen Drug Corporation*, No. 17-cv-06071.

### 2. What is this lawsuit about?

The Complaint alleges that ABDC violated the FLSA, IMWL, and IWPCA by knowingly requiring and/or permitting Customer CARE Employees to perform unpaid work before and after the start and end times of their shifts, including but not

limited to booting up computers, initializing several software programs, reading company-issued emails and instructions, and completing customer service calls.

ABDC denies all the claims asserted in the Complaint and maintains that all Customer CARE Employees were paid correctly in accordance with the law.

### 3. Why is there a proposed settlement?

The Court did not decide in favor of the Named Plaintiff or ABDC and neither Party prevailed. The Parties agreed to a settlement to avoid further disputes and the risk, expense, and inconvenience of litigation.

On July 24, 2018, the Court granted preliminary approval of the proposed settlement. The Court will decide whether to give final approval to the proposed settlement in a hearing scheduled for November 15, 2018 ("Final Approval Hearing"). See Section 12 below for details.

The Named Plaintiff and her attorneys believe that this settlement is a good outcome for all individuals covered by the proposed settlement. But if you believe the settlement is not in your interests, you may opt out of the settlement. See Section 8 below for details.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

### 4. What does the settlement provide?

The Settlement Amount, $300,000.00 in total, fully resolves and satisfies the attorneys' fees and costs approved by the Court, all amounts to be paid to individuals covered by the Settlement, the Court-approved service payment to the Named Plaintiff, interest, and the Settlement Administrator's fees and costs. The Settlement funds are being divided among the individuals covered by the Settlement according to an allocation formula.

### 5. How much is my payment and how was it calculated?

Based on the allocation formula that has been approved by the Court, you will be receiving a settlement check for $_____, half of which is subject to deductions for applicable taxes and withholding like any other paycheck, and for which you will receive a W-2, and half of which will not be taxed at this time and will be reported on IRS Form 1099. The allocation formula takes into account the number of weeks you worked for ABDC as a Customer CARE employee during the period of November 1, 2014 through March 15, 2018. The Settlement Agreement contains the exact allocation formula. You may obtain a copy of the Settlement Agreement by following the instructions in Section 13 below.

Neither Class Counsel nor ABDC make any representations concerning the tax consequences of your settlement payment. You are advised to obtain personal tax advice prior to acting in response to this Notice.

## HOW YOU GET A PAYMENT

### 6. How do I get my payment?

To receive proceeds from the Settlement, **you do not have to do anything in response to this Notice**.

If the Court grants final approval of the Settlement and you do **not** submit an Election to Opt Out of Settlement and Class Action Form (described in Section 8 below), you will be bound by the release of Illinois state law claims described in Section 7 below and you will receive in the mail a Settlement check in the amount of [$_____] representing your share of the Settlement fund.

If you choose to cash or deposit that check, you will further be bound by the release of federal and other state law claims described in Section 7 below.

### 7. What am I giving up if I receive proceeds from the settlement?

If you do not request exclusion from the Settlement in accordance with Section 8 below, you will be deemed to have waived, released, and forever discharged any and all Illinois state, local, and common law wage and hour claims that were asserted in the Complaint and that arose from your employment as a Customer CARE Employee (the "Released Claims") with ABDC and its affiliates, parents, subsidiaries, predecessors, successors, employees, and agents, as well as any temporary and/or staffing agency that directly or indirectly placed Customer CARE Employees at any of ABDC's call centers (the

"Released Parties"). The Released Claims relate to any alleged unpaid work performed before and after the start and end times of your shift as alleged in the Complaint and includes, without limitation, all claims related to an alleged failure to provide meal and/or rest periods or breaks. The Released Claims include statutory claims for unpaid wages and overtime based on the alleged unpaid pre-shift work, post-shift work, on-call work, and work performed during meal and/or rest periods or breaks, as alleged in the Complaint, whether or not such claims are known or unknown, in law or in equity. The Released Claims include claims for unpaid wages and overtime arising under Illinois or any Illinois city's laws, ordinances, or common law, including but not limited to the Illinois Minimum Wage Law ("IMWL") or Illinois Wage Payment and Collection Act ("IWPCA"), that are based on the alleged unpaid pre-shift work, post-shift work, on-call work, and work performed during meal and/or rest periods or breaks. The Released Claims include liquidated or punitive damages based on said claims, which accrued or accrue prior to July 24, 2018. The Released Claims include claims for failure to pay minimum wage, failure to pay overtime, failure to pay for all hours worked, failure to provide meal and rest periods, failure to timely pay final wages, failure to furnish accurate wage statements or other notices, failure to keep accurate records, and unjust enrichment claims, provided that all such claims relate to the alleged unpaid pre-shift work, post-shift work, on-call work, and work performed during meal and/or rest periods or breaks. Additionally, the Released Claims include any and all claims related to or arising out of or derivative of those legal theories for the recovery of compensation, overtime pay, minimum wage, straight-time wages, premium pay, interest, punitive and liquidated damages, attorneys' fees or costs, and/or any other penalties for the violation of any Illinois state or local statutory or common law or ordinance. The Released Claims are intended to include all claims described or identified herein through July 24, 2018. The Released Claims are limited to those claims described herein that arose during your employment as a Customer CARE Employee.

In addition, if you also cash or deposit your forthcoming settlement check, you will be deemed to have waived, released, and forever discharged any Released Claims described above that you have or may have through July 24, 2018, whether known or unknown, against the Released Parties, that were asserted in the Complaint in this case and that arose from your employment as a Customer CARE Employee with ABDC, under any federal, state, or local law or regulation or common law, including but not limited to claims under the federal Fair Labor Standards Act and the wage and hour laws in Kentucky, Missouri, Massachusetts, Nevada, New York, Tennessee, Texas, Virginia and all other state and local wage and hour laws. This release includes, but is not limited to, claims for unpaid wages and overtime based on unpaid pre-shift work, post-shift work, on-call work, and work performed during meal and/or rest periods or breaks, as alleged in the Complaint, whether or not such claims are known or unknown.

These releases do not apply to any rights or claims (i) that may arise after July 24, 2018; (ii) for paid time off; (iii) for sick pay or accrued vacation pay; or (iv) which may not be infringed, limited, waived, released or extinguished as a matter of law.

## HOW YOU REQUEST EXCLUSION FROM OR OBJECT TO THE SETTLEMENT

### 8. What if I do not want to participate in the settlement?

If you do not want to participate in the Settlement and wish to retain your right to pursue your own independent action, you must complete and mail the enclosed Election to Opt Out of Settlement and Class Action Form (enclosed with this Notice as Form A) to the Settlement Administrator. The Settlement Administrator is Analytics Consulting LLC. Forms sent to the Settlement Administrator should be sent in the enclosed postage-paid envelope, or in an envelope addressed to the Settlement Administrator as set forth in Section 13 below.

In order to be valid, your completed Election to Opt Out of Settlement and Class Action Form must be received by the Settlement Administrator and be postmarked no later than **October 16, 2018**. If you timely submit an Election to Opt Out of Settlement and Class Action Form, you will not be eligible to receive any of the benefits under the Settlement. You will, however, retain whatever legal rights you may have against ABDC with regard to all of the released claims described above in Section 7.

### 9. What if I want to object to the settlement?

If you do not request exclusion from the Settlement but believe the proposed Settlement is unfair or inadequate in any respect, you may object to the Settlement by filing a written objection with the Court and mailing a copy of your written objection to the Settlement Administrator.

All objections must be signed and include your address, telephone number, and the name of the Litigation. Your objection should clearly explain why you object to the proposed Settlement and must state whether you or someone on your behalf intends to appear at the Final Approval Hearing. All objections must be filed with the Court, and received by the Settlement Administrator, and postmarked by no later than **October 16, 2018**. If you submit a timely objection, you may appear, at your own expense, at the Final Approval Hearing, discussed below.

Any Settlement Class Member who does not object in the manner described above shall be deemed to have waived any objections, and shall forever be foreclosed from objecting to the fairness or adequacy of the proposed Settlement, the payment of attorneys' fees, litigation costs, the service payment to the Named Plaintiff, the claims process, and any and all other aspects of the Settlement. Likewise, regardless of whether you attempt to file an objection, you will be deemed to have released all of the Illinois state law claims as set forth above in Section 7 unless you request exclusion from the Settlement in accordance with Section 8 above.

## THE LAWYERS REPRESENTING YOU

### 10. Do I have a lawyer in this case?

The Court has determined that the lawyers at the law firms of the Law Office of Thomas M. Ryan, P.C. and the Law Office of James X. Bormes, P.C. are qualified to represent you and all individuals covered by this settlement. These lawyers are called "Class Counsel." You will not be charged for these attorneys. You do not need to retain your own attorney to participate as a member of this class action. However, you may consult with any attorney you choose at your own expense before deciding whether to opt out of this settlement.

### 11. How will the lawyers be paid?

Class Counsel will ask the Court to award costs, as well as attorneys' fees in an amount not to exceed 37.5% of the Settlement Amount, which will be paid from the Settlement Amount. In addition, Class Counsel will ask the Court to authorize payment from the Settlement Amount of a service payment of not more than $7,500.00 to Named Plaintiff Syrria Williams to recognize the risks she took and her services to the beneficiaries of this settlement.

## FINAL APPROVAL OF THE SETTLEMENT

### 12. When will the settlement be final and when will I receive my settlement payment?

If the Court grants Final Approval of the settlement, and you did not request exclusion from the settlement, you will receive your settlement payment in the mail a few weeks after Final Approval.

The Court will hold a Final Approval Hearing on the fairness and adequacy of the proposed Settlement, the plan of distribution, Class Counsel's request for attorneys' fees and costs, and the service payment to the Named Plaintiff on November 15, 2018 in Courtroom 1919 of the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, IL 60604. The Final Approval Hearing may be continued without further notice to Class Members. You are not required to appear at the hearing to participate in or to opt-out of the Settlement.

## FOR MORE INFORMATION

### 13. Are there more details about the settlement?

This Notice summarizes the proposed settlement. More details are in the Settlement Agreement. You are encouraged to read it. To the extent there is any inconsistency between this Notice and the Settlement Agreement, including between the description of the releases as provided in Section 7 above and the description of the releases as provided in the Settlement Agreement, the provisions in the Settlement Agreement control. You may obtain a copy of the Settlement Agreement by sending a request, in writing, to:

Williams v. AmerisourceBergen Drug Corp. Settlement

P.O. Box 2006

Chanhassen, MN 55317-2006

877-214-6701

ABDCsettlement@noticeadministrator.com

### 14. How do I get more information?

If you have other questions about the settlement, you can contact the Settlement Administrator, or Class Counsel at the addresses and/or telephone numbers below.

Thomas M. Ryan
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 East Wacker Drive
Chicago, IL 60601
Tel: 312.726.3400
Fax: 312.782.4519
tom@tomryanlaw.com

James X. Bormes
Catherine P. Sons
LAW OFFICE OF JAMES X. BORMES
8 South Michigan Avenue
Suite 2600
Chicago, IL 60603
Tel: 312.201.0575
Fax: 312.332.0600
bormeslaw@sbcglobal.net
cpsons@bormeslaw.com

**DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE.**

### 15. What if my name or address changes before I receive my settlement payment?

If, for future reference and mailings from the Court or Settlement Administrator, you wish to change the name or address listed on the envelope in which the Class Notice was first mailed to you, then you must fully complete, execute, and mail the Change of Name and/or Address Information Form (enclosed with this Notice as Form B).

DATED: August 17, 2018

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SYRRIA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION,<br>    Defendant. | Case No. 17-CV-6071<br><br>Judge Robert W. Gettleman |

## ELECTION TO OPT OUT OF SETTLEMENT AND CLASS ACTION FORM

<u>Instructions</u>: Please complete this Election to Opt Out of Settlement and Class Action Form only if you **<u>do not</u>** want to participate in the Settlement that is described in the Notice Regarding Proposed Settlement of Class Action ("Class Proposed Settlement Notice") that accompanies this Election to Opt Out of Settlement and Class Action Form. If you choose not to participate in the Settlement, you must complete this Form in its entirety and submit this Form so that is it received by the Settlement Administrator and postmarked by **October 16, 2018.**

### I. PERSONAL INFORMATION

First Name            Middle   Last Name

Home Street Address

City                     State   Zip Code

Home Telephone Number

### II. REQUEST FOR EXCLUSION

By signing and returning this Form, I certify that I have carefully read the Class Proposed Settlement Notice and that I wish to be excluded from the Settlement Class described therein. **<u>I understand that this means I will not receive any money or other benefits under the Settlement and cannot object to the Settlement.</u>**

Signature                 Date Signed

                       M M  D D  Y Y Y Y

### III. MAILING INSTRUCTIONS

If you choose to return this Form, it must be received by the Settlement Administrator on or before **October 16, 2018**, at the address listed below:

**Williams v. AmerisourceBergen Drug Corp. Settlement**
**P.O. Box 2006**
**Chanhassen, MN 55317-2006**

**Toll-Free: 877-214-6701 Email: ABDCsettlement@noticeadministrator.com**

In addition, copies of this Form must be received by Class Counsel and Counsel for Defendant on or before **October 16, 2018** at the addresses listed below:

| <u>Class Counsel</u>: | <u>Class Counsel</u>: | <u>Counsel for Defendant</u>: |
|---|---|---|
| Thomas M. Ryan | James X. Bormes | Sari M. Alamuddin |
| LAW OFFICE OF THOMAS M. RYAN, P.C. | Catherine P. Sons | James P. Looby |
| 35 East Wacker Drive | LAW OFFICE OF JAMES X. BORMES | Kevin F. Gaffney |
| Chicago, IL 60601 | 8 South Michigan Avenue, Suite 2600 | MORGAN, LEWIS & BOCKIUS LLP |
| Tel: 312.726.3400 | Chicago, IL 60603 | 77 West Wacker Drive, Fifth Floor |
| Fax: 312.782.4519 | Tel: 312.201.0575 | Chicago, IL 60601 |
| tom@tomryanlaw.com | Fax: 312.332.0600 | Tel: 312.324.1000 |
| | bormeslaw@sbcglobal.net | Fax: 312.324.1001 |
| | cpsons@bormeslaw.com | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SYRRIA WILLIAMS, individually and on behalf of all others
similarly situated,

        Plaintiff,

    v.

AMERISOURCEBERGEN DRUG CORPORATION,

        Defendant.

Case No. 17-CV-6071

Judge Robert W. Gettleman

## CHANGE OF NAME AND/OR ADDRESS INFORMATION FORM

<u>Instructions</u>: Please complete this Change of Name and/or Address Information Form <u>only</u> if you wish to change your name and/or mailing address information.

### FORMER Name and Mailing Address:

First Name                    Middle   Last Name

Home Street Address

City                                    State   Zip Code

Home Telephone Number

### NEW Name and Mailing Address:

First Name                    Middle   Last Name

Home Street Address

City                                      State   Zip Code

Home Telephone Number

I understand that all future correspondence in this Litigation, including, but not limited to, important notices or payments to which I am entitled (if any), will be sent to the new address listed above and not to the address previously used. I hereby request and consent to use the address listed above for these purposes.

Signature                                      Date Signed

                                                M  M    D  D    Y  Y  Y  Y

Print Name: First                  Middle   Last

PLEASE RETURN THIS FORM VIA UNITED STATES MAIL TO:

**Williams v. AmerisourceBergen Drug Corp. Settlement
P.O. Box 2006
Chanhassen, MN 55317-2006**

**Toll-Free: 877-214-6701  Email: ABDCsettlement@noticeadministrator.com**

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SYPRIA WILLIAMS, individually and on behalf of all others

||||||||||| |||||||||||||
ABD0000048775

Case No. 17-CV-6071

Judge Robert W. Gettleman

## ...TTLEMENT AND CLASS ACTION FORM

**Instructions:** Please complete this Election to Opt Out of Settlement and Class Action Form only if you **do not** want to participate in the Settlement that is described in the Notice Regarding Proposed Settlement of Class Action ("Class Proposed Settlement Notice") that accompanies this Election to Opt Out of Settlement and Class Action Form. If you choose not to participate in the Settlement, you must complete this Form in its entirety and submit this Form so that is it received by the Settlement Administrator and postmarked by October 16, 2018.

## I. PERSONAL INFORMATION

First Name: RAYMOUNT    Middle: M    Last Name: PASCHAL

Home Street Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮    State: ▮▮    Zip Code: ▮▮▮▮▮

Home Telephone Number: ▮▮▮▮▮▮▮▮▮

## II. REQUEST FOR EXCLUSION

By signing and returning this Form, I certify that I have carefully read the Class Proposed Settlement Notice and that I wish to be excluded from the Settlement Class described therein. **I understand that this means I will not receive any money or other benefits under the Settlement and cannot object to the Settlement.**

Signature: _(signature)_

Date Signed: M M 08  D D 30  Y Y Y Y 2018

## III. MAILING INSTRUCTIONS

If you choose to return this Form, it must be received by the Settlement Administrator on or before October 16, 2018, at the address listed below:

Williams v. AmerisourceBergen Drug Corp. Settlement
P.O. Box 2006
Chanhassen, MN 55317-2006

Toll-Free: 877-214-6701 Email: ABDCsettlement@noticeadministrator.com

In addition, copies of this Form must be received by Class Counsel and Counsel for Defendant on or before October 16, 2018 at the addresses listed below:

**Class Counsel:**
Thomas M. Ryan
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 East Wacker Drive
Chicago, IL 60601
Tel: 312.726.3400
Fax: 312.782.4519
tom@tomryanlaw.com

**Class Counsel:**
James X. Bormes
Catherine P. Sons
LAW OFFICE OF JAMES X. BORMES
8 South Michigan Avenue, Suite 2600
Chicago, IL 60603
Tel: 312.201.0575
Fax: 312.332.0600
bormeslaw@sbcglobal.net
cpsons@bormeslaw.com

**Counsel for Defendant:**
Sari M. Alamuddin
James P. Looby
Kevin F. Gaffney
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001