# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Syrria Williams

                                          Plaintiff,

v.                                                           Case No.: 1:17−cv−06071
                                                                              Honorable Robert W. Gettleman

AmerisourceBergen Drug Corporation

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion and fairness hearing held on 11/15/2018. Plaintiff's unopposed motion [44] to approve additional settlements is granted. Plaintiff's unopposed motion [46] for final approval of the parties' class and collective action settlement is granted. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.