IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYRRIA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION,<br><br>Defendant. | Case No. 17-CV-6071<br><br>Judge Robert W. Gettleman |

## APPROVAL ORDER

On November 15, 2018, the Court heard Plaintiff's Unopposed Motion to Approve Additional Settlements, and having considered the papers submitted and proceedings, the Court finds:

1. The proposed settlements are within the range of fairness, reasonableness and adequacy and meet the requirements for approval.

Therefore, **IT IS HEREBY ORDERED**:

A. The settlements relating to the 79 individuals identified on Exhibit 1 to Plaintiff's Motion are approved;

B. The terms and conditions of the Collective and Class Action Settlement Agreement (the "Settlement Agreement") approved by the Court on a preliminary basis (Dkt. 42) shall apply to the 79 individuals;

C. That, under 29 U.S.C. § 201 *et seq.*, the Settlement Agreement is fair, reasonable, and adequate to the 79 individuals, and in their best interests, and in full compliance with all requirements of due process and federal law;

D. The Court approves the settlement payments to be made to the 79 individuals, provided that the Court first issues an order granting final approval of the Settlement Agreement;

E. The Settlement Administrator shall mail the Collective Settlement Notices and settlement checks to the 79 individuals at the same time the Settlement Administrator will mail the Notices and settlement checks to the Collective Members (*see* Settlement Agreement at Sec. IV.B.4), provided that the Court first issues an order granting final approval of the Settlement Agreement; and

F. That any of the 79 individuals who negotiates his or her settlement check is bound by the Settlement Agreement and fully releases and discharges Defendant and the Released Parties from the Released Collective Claims upon such negotiation of his or her settlement check (*see id.* at Sec. III.F.2), provided that the Court first issues an order granting final approval of the Settlement Agreement.

DATED: November 15, 2018

_____
Honorable Robert W. Gettleman
United States District Judge